IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Anita Russell,                    :

        Plaintiff,                :

    v.                            :    Case No. 2:08-cv-0296

                                  :    JUDGE HOLSCHUH

Commissioner of Social
Security,
                                  :

        Defendant.

ORDER

    This matter is before the Court to consider <u>de</u> <u>novo</u> the
plaintiff's objections to a Report and Recommendation of the
Magistrate Judge recommending that judgment be entered in favor
of the Commissioner.  For the following reasons, those objections
will be overruled and judgment will be entered for the defendant.

    Plaintiff raises the following objections to the Report and
Recommendation.  She asserts that the Magistrate Judge erred by
finding that the Commissioner adequately evaluated her subjective
complaints of pain and the opinions of her treating physicians,
that the Magistrate Judge should not have overruled her claim of
bias on the part of the Administrative Law Judge, that the
Magistrate Judge did not properly deal with her claim that the
vocational expert's testimony was inadequate, and that the
evidence which she submitted to the Appeals Council should have
been found to have been "material" and therefore grounds for a
sentence six remand.  These are essentially the same claims that
she raised in her statement of errors.

    The Court concludes that extensive discussion of these
issues is not warranted.  The Report and Recommendation addresses
each of these contentions thoroughly, and the Court agrees that
many of these issues are matters about which the Commissioner has

considerable discretion to decide, assuming compliance with the
applicable legal regulations concerning, for example, the
articulation of valid reasons for discounting a claimant's
testimony of disabling symptoms or discounting opinions of
treating sources.  The ALJ adequately articulated reasons for
concluding that plaintiff had a residual functional capacity
which exceeded, to some extent, that to which she testified, and
that expressed by some of the treating sources, many of whom
evaluated her capacity prior to back surgery.  Thus, the residual
functional capacity described to the vocational expert was based
on substantial evidence in the record.  For the reasons stated in
the Report and Recommendation, the Court also finds that there
was no evidence of undue or prejudicial bias on the part of the
ALJ and that the new evidence presented to the Appeals Council
was largely cumulative of treatment records considered by the
ALJ, and therefore not likely to have changed the Commissioner's
decision.

   For these reasons, the plaintiff's objections to the Report
and Recommendation of the Magistrate Judge are OVERRULED, and the
Report and Recommendation is ADOPTED.  The plaintiff's statement
of errors is OVERRULED, the decision of the Commissioner is
AFFIRMED, and the Clerk is directed to enter judgment in favor of
the defendant Commissioner.


Date: September 10, 2009          **/s/ John D. Holschuh**
                                  John D. Holschuh, Judge
                                  United States District Court